# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN ROSENBLATT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ECHELON CORPORATION, RON SEGE, ARMAS CLIFFORD MARKKULA, JR., ROBERT J. FINOCCHIO, JR., ROBERT R. MAXFIELD, and BETSY RAFAEL,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:18-cv-01103-RGA<br>)<br>)  CLASS ACTION<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jordan Rosenblatt ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: September 26, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
　　Brian D. Long (#4347)
　　Gina M. Serra (#5387)
　　300 Delaware Avenue, Suite 1220
　　Wilmington, DE 19801
　　Telephone: (302) 295-5310
　　Facsimile: (302) 654-7530
　　Email: bdl@rl-legal.com
　　Email: gms@rl-legal.com

*Attorneys for Plaintiff*